| | | | |
|---|---|---|---|
| AUSA: | Jeanine Brunson | Telephone: | (313) 226-9100 |
| Task Force Officer: | Brittany Ellsworth | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Mario Whitehead

Case No.

Case: 2:26−mj−30286
Assigned To : Unassigned
Assign. Date : 5/14/2026
Description: CMP USA V. WHITEHEAD (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 13, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:

see attached affidavit.

☑ Continued on the attached sheet.

_Brittany Ellsworth #7761_
*Complainant's signature*

Brittany Ellsworth, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 14, 2026 _____

*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brittany Ellsworth, Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on July 23, 2025. I am currently assigned to the Detroit Homicide Task Force (HTF) and Michigan State Police (MSP) Special Investigations Section (SIS) as a detective sergeant, which is comprised of investigators from the Detroit Police Department (DPD), MSP and the ATF.

2. As a TFO and MSP detective sergeant, I have received specialized training within the ATF and MSP. I have received specialized training in federal criminal law, state law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearm trafficking.

3. As a detective sergeant at MSP, I am responsible for conducting complex criminal investigations and directing resources in order to preserve/collect evidence. I have been lead detective on over one hundred felony investigations to include shootings, felon in possession and homicide. I have also drafted more than one hundred warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of violence, firearms, and drug trafficking.

4. This affidavit is in support of criminal complaint and application for an arrest warrant for Mario WHITEHEAD for the crime of felon in possession of a firearm and ammunition, Title 18 U.S.C. § 922(g)(1).

5.  The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION AND PROBABLE CAUSE

6.  On May 13, 2026, the Michigan State Police ("MSP") executed a search warrant at the residence of 17862 Arlington Street, Detroit, Michigan 48212 to assist the West Virginia State Police with evidence collection regarding a homicide investigation.

7.  While Mario WHITEHEAD was at his parole office, police executed a search warrant at 17862 Arlington Street, Detroit, Michigan 48212.  The residence was unoccupied at the time and WHITEHEAD's tether/ observations from MSP Surveillance Team were that Mario WHITEHEAD had just left the residence. The Arlington residence is WHITEHEAD's parole address.

8.  During the search, investigators located a loaded firearm on the floor of the second story of the residence.  A 9mm, Canik, Model: TP9SF, was next to several articles of male clothing, much of which based on the clothing sizes were suspected as belonging to WHITEHEAD. The firearm was also in close proximity to several articles of residency associated with Mario WHITEHEAD to include a Penn Play card and several timecards/ hours worked receipts. Photographs of the same are included below.





## <u>INTERSTATE NEXUS</u>

9. On May 14, 2026, ATF Interstate Nexus Expert, Special Agent Josh McClean was

provided a description of the 9mm, Make: Canik, Model: TP9SF, Serial Number,

16AT23009. Based on SA McClean's training and experience with the interstate nexus of firearms and the description of the Canik, 9 mm firearm provided to him, including the serial number, SA McClean concluded that the firearm was not manufactured in the State of Michigan and therefore, had traveled in or affected interstate or foreign commerce.

## PROHIBITED STATUS

10. On May 14, 2026, I reviewed WHITEHEAD's Computerized Criminal History from the Law Enforcement Information Network (LEIN) and records obtained from Pre-Sentence Investigation for Venango County and learned that WHITEHEAD had been previously convicted of the following felony offenses:

- On August 31, 2021, WHITEHEAD pled guilty to one felony count of Firearm Not to be Carried without License and two felony counts of Possession with Intent to Deliver.
- On November 5, 2021, WHITEHEAD was sentenced to prison for a term of 18 - 36 months.
- WHITEHEAD is currently on parole.

**CONCLUSION**

11. Based on the above information, there is probable cause that on or about May 13, 2026, in the Eastern District of Michigan, Mario WHITEHEAD, knowing that he had been previously convicted of a felony, knowingly possessed a firearm – specifically a Canik, Model: TP9SF, 9mm handgun and ammunition, in and affecting interstate or foreign commerce, in violation of Title 18, U.S.C. § 922(g)(1).

Brittany Ellsworth #7761

Brittany Ellsworth
ATF Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE

Date: May 14, 2026